UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE GOODRITZ,<br><br>Plaintiff,<br><br>v.<br><br>WOZO, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-05273-RMB-AMD<br><br>CIVIL ACTION |

### STIPULATION OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, George Goodritz, and the above captioned Defendant hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice.

_____
Franklin J. Rooks, Jr. Esq.
Attorney for Plaintiff

McCrosson & Stanton, PC
Attorneys for Defendant

By: _____
Dorothy F. McCrosson, Esq.

Dated: _____